| | |
|---|---|
| 1 | Ben F. Pierce Gore (SBN 128515)<br>PRATT & ASSOCIATES |
| 2 | 1871 The Alameda<br>Suite 425 |
| 3 | San Jose, CA 95126<br>(408) 429-6506 |
| 4 | pgore@prattattorneys.com |
| 5 | Charles Barrett<br>CHARLES BARRETT, P.C. |
| 6 | 6518 Highway 100<br>Suite 210 |
| 7 | Nashville, TN 37205<br>(615) 515-3393 |
| 8 | charles@cfbfirm.com |
| 9 | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIANNA BELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NESTLÉ USA, INC.,<br><br>Defendant. | Case No. 14-cv-00283 (PSG)<br><br>(**PROPOSED**) **ORDER ON NOTICE OF DISMISSAL** |

ORDER OF DISMISSAL OF CASE NO. 14-CV-00283

Pursuant to the Plaintiff's Notice of Dismissal filed in this action, it is ORDERED that this matter is dismissed. This dismissal is not related to any other case. Plaintiff shall be responsible for court costs herein.

IT IS SO ORDERED.

Dated: January 23, 2015.

*[signature: Paul S. Grewal]*
JUDGE

Approved for Entry:

*Charles Barrett*
Charles Barrett
CHARLES BARRETT, P.C.
6518 Hwy. 100, Suite 210
Nashville, TN 37205
(615) 515-3393
charles@cfbfirm.com

Ben F. Pierce Gore
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
(408) 429-6506
pgore@prattattorneys.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have on December 12, 2014 filed and served through the Court's ECF system a true and correct copy of the foregoing.

*Charles Barrett*
Charles Barrett

ORDER OF DISMISSAL OF CASE NO. 14-CV-00283                                                      2